RICHARD G. HILL, ESQ.
State Bar No. 596
SOPHIE A. KARADANIS, ESQ.
State Bar No. 12006
RICHARD G. HILL, LTD.
652 Forest Street
Reno, Nevada 89509
(775) 348-0888
rhill@richardhillaw.com
skaradanis@richardhillaw.com
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| FIRST MERCURY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>CIRCLE S DEVELOPMENT CORPORATION, a Nevada corporation, and GREGORY LOYD MUNOZ, both individually, and both doing business as "DECK SYSTEMS NEVADA;" BLACK and WHITE CORPORATIONS; ABLE and BAKER COMPANIES; RED and GREEN PARTNERSHIPS; and JOHN DOES I through X, inclusive,<br><br>Defendants. | Case No.: 2:18-cv-01920-JAD-PAL |

## ORDER AND STIPULATION

ECF No. 12

Plaintiff, FIRST MERCURY INSURANCE COMPANY, by and through its attorneys, RICHARD G. HILL, LTD, RICHARD G. HILL, ESQ., and SOPHIE A. KARADANIS, ESQ., and defendant, GREGORY LOYD MUNOZ, stipulate and agree that all claims by First Mercury Insurance Company against Gregory Loyd Munoz should be, and hereby are, dismissed, without prejudice, with each party to bear their own fees and costs. In addition, the hearing scheduled for November 19, 2018, is taken off-calendar as moot.

///

IT IS SO STIPULATED.

RESPECTFULLY SUBMITTED.

AFFIRMATION Pursuant to NRS 239B.030

The undersigned does hereby affirm that the preceding document does not contain the social security number of any person.

RICHARD G. HILL, LTD.

DATED: October 22, 2018

_____
RICHARD G. HILL, ESQ.
SOPHIE A. KARADANIS, ESQ.
652 Forest Street
Reno, Nevada 89509
Attorneys for Plaintiff

BACKUS, CARRANZA & BURDEN

DATED: 10/22/18

_____
EDGAR CARRANZA, ESQ.
3050 South Durango Drive
Las Vegas, Nevada 89117
Attorney for

## ORDER

Based on the parties' stipulation **[ECF No. 12]**, which I construe as a joint motion under Local Rule 7-1(c) because it was signed by fewer than all the parties or their attorneys, and with good cause appearing, IT IS HEREBY ORDERED that **ALL CLAIMS AGAINST GREGORY LOYD MUNOZ are DISMISSED** without prejudice, each side to bear its own fees and costs. **The 11/19/18 hearing is VACATED.**

_____
U.S. District Judge Jennifer A. Dorsey
Dated: October 25, 2018

LAW OFFICE
RICHARD G. HILL
652 Forest Street
Reno, Nevada 89509
(775) 348-0888
Fax(775) 348-0858