UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| FIRST MERCURY INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>v.<br><br>CIRCLE S DEVELOPMENT CORPORATION, et al.,<br><br>    Defendants. | Case No. 2:18-cv-01920-JAD-PAL<br><br>ORDER<br><br>(Mot WD Atty – ECF No. 22) |

This matter is before the court on attorney Edgar Carranza's Amended Motion to Withdraw as Counsel of Record for Defendant Circle S Development Corporation (ECF No. 22). The motion represents that after careful discussion of the status of litigation, defendant Circle S Development Corporation ("Circle S") and counsel have mutually come to the agreement to part ways. Edgar Carranza and Jacquelyn Franko of Backus, Carranza & Burden therefore seek leave to withdraw as counsel of record. The discovery cutoff is April 5, 2019. Counsel avers that a copy of the motion was being sent to Circle S Development at its last known address which has been provided.

A corporation cannot appear except through counsel. *See Rowland v. California Men's Colony*, 506 U.S. 194, 201-02 (1993); *Reading Int'l, Inc. v. Malulani Grp., Ltd.,* 814 F.3d 10496, 1053 (th Cir. 2016). The Ninth Circuit has held that default judgment is an appropriate sanction for a corporation's failure to retain counsel for the duration of the litigation. *United States v. High Country Broadcasting*, 3 F.3d 1244, 1245 (9th Cir. 1993)

Having reviewed and considered the matter, and for good cause shown,

**IT IS ORDERED** that:

1. The Motion to Withdraw (ECF No. 22) is **GRANTED**.

2. Defendant Circle S Development Corporation shall have until **March 6, 2019** in which to retain substitute counsel who shall make an appearance in accordance with the requirements of the Local Rules of Practice.

3. Defendant Circle S Development Corporation's failure to timely comply with this order by obtaining substitute counsel may result in the imposition of sanctions, which may include a recommendation to the district judge that default judgment against it.

4. The Clerk of the Court shall serve defendant with a copy of this order at its last known address:

Gregory Loyd Munoz
Circle S Development Corporation
6575 Arville Street, Suite B
Las Vegas, Nevada 89118

DATED this 5th day of February 2019.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE