**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| FIRST MERCURY INSURANCE COMPANY, | Case No. 2:18-cv-01920-JAD-BNW |
| Plaintiff, | **ORDER** |
| v. | |
| CIRCLE S DEVELOPMENT CORPORATION, et al., | |
| Defendants. | |

Plaintiff First Mercury Insurance Company filed a notice informing the court of defendant Circle S Development Corporation's bankruptcy (ECF No. 34). The notice indicates Circle S filed a Chapter 7 bankruptcy on May 18, 2019, and therefore this case is automatically stayed under 11 U.S.C. § 362. Given the stay, the court will deny without prejudice First Mercury's pending motion to compel discovery responses from Circle S (ECF No. 25) and First Mercury's pending motion for sanctions against Circle S (ECF No. 26).

IT IS THEREFORE ORDERED that plaintiff First Mercury Insurance Company's motion to compel (ECF No. 25) is DENIED without prejudice.

IT IS FURTHER ORDERED that plaintiff First Mercury Insurance Company's motion for sanctions (ECF No. 26) is DENIED without prejudice.

IT IS FURTHER ORDERED that a status report regarding the bankruptcy proceedings must be filed by December 11, 2019, and every six months thereafter, until the stay is lifted.

DATED: June 11, 2019

_____
BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE